**Rapaport Law Firm, PLLC**
**One Penn Plaza, Suite 2430**
**New York, NY 10119**
212.382.1600
www.RapaportLaw.com

**INVOICE/STATEMENT OF SERVICES**

December 8, 2020

Invoice Number: 4822
Matter Name: Artiles v Superior Apts

Period: 6/1/2019 through 12/8/2020

**ATTORNEY SERVICES**

Professional Services by Marc A. Rapaport

| Date | Name | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| | **Karina Gulfo** | | | |
| 2/29/2020 | Karina Gulfo | Pleadings<br>L210<br>Proofread, edit and add fact allegations to complaint; draft summonses and civil cover sheet; edits of documents; filings on ECF | 3.50<br>95.00/hr | 332.50 |
| 3/3/2020 | Karina Gulfo | Manage data/files<br>A110<br>Prepare summonses and complaint copies for process server; draft letter to process server | 1.10<br>95.00/hr | 104.50 |
| 4/1/2020 | Karina Gulfo | Communicate (other external<br>A108<br>Add MR signature to stip;send same to defts' counsel | 0.12<br>95.00/hr | 11.08 |
| 4/3/2020 | Karina Gulfo | Manage data/files<br>A110<br>Review order; calendar deadline | 0.07<br>95.00/hr | 6.33 |

|  |  |  | Page 2 |
|---|---|---|---|
|  |  | Hrs/Rate | Amount |
| 7/7/2020 Karina Gulfo | Communicate (other external) A108 Review, edit and email First notice to admit to defts' counsel | 0.43 95.00/hr | 41.17 |
| Karina Gulfo | Draft/revise A103 Edits to damages calculations and to notices to admit | 1.17 95.00/hr | 110.83 |
| 7/8/2020 Karina Gulfo | Communicate (with client) A106 Call with MR and client | 0.33 95.00/hr | 31.67 |
| Karina Gulfo | Discovery L300 Attention to production | 1.00 95.00/hr | 95.00 |
| Karina Gulfo | Draft/revise A103 Review of client file; edits to damages chart | 1.50 95.00/hr | 142.50 |
| 7/10/2020 Karina Gulfo | Communicate (with client) A106 Call with Mr. Artiles re. ▅▅▅▅▅▅; email re. same to MR | 0.13 95.00/hr | 12.67 |
| 7/16/2020 Karina Gulfo | Discovery L300 Revision to damage calculations | 0.17 95.00/hr | 15.83 |
| 7/22/2020 Karina Gulfo | Draft/revise A103 Prepare documents and letter to defts' counsel pursuant to court order | 2.00 95.00/hr | 190.00 |
| 7/23/2020 Karina Gulfo | Communicate (with client) A106 Call with client | 0.17 95.00/hr | 15.83 |
| 7/24/2020 Karina Gulfo | Document Production L320 Create index of plaintiff's production | 0.25 95.00/hr | 23.75 |

|  |  |  | Hrs/Rate | Page 3<br>Amount |
|---|---|---|---|---|
| 7/24/2020 | Karina Gulfo | Draft/revise<br>A103<br>Attention to production and edit to letter for defts' counsel; email to MR re. same | 2.00<br>95.00/hr | 190.00 |
| 8/17/2020 | Karina Gulfo | Communicate (with client)<br>A106<br>Call with client and Mr. Ramirez; translate for MR | 0.50<br>95.00/hr | 47.50 |
| 8/18/2020 | Karina Gulfo | Communicate (with client)<br>A106<br>Translate for MR during call with client | 0.60<br>95.00/hr | 57.00 |
|  | Karina Gulfo | Document Production<br>L320<br>Produce further pages to defts' via email | 0.25<br>95.00/hr | 23.75 |
| 8/20/2020 | Karina Gulfo | Communicate (other external<br>A108<br>Translate call for MR with ex co-worker of client, Mr. Ramirez | 0.50<br>95.00/hr | 47.50 |
|  | Karina Gulfo | Communicate (with client)<br>A106<br>Call with client and email same to MR | 0.17<br>95.00/hr | 15.83 |
|  | Karina Gulfo | Communicate (other external<br>A108<br>Make arrangements for remote interpreter for upcoming mediation | 0.13<br>95.00/hr | 12.67 |
|  | Karina Gulfo | Communicate (other external<br>A108<br>Revise, edit and translate witness declaration; meeting with Arturo Ramirez (with MR) | 1.15<br>95.00/hr | 109.25 |
| 8/21/2020 | Karina Gulfo | Document Production<br>L320<br>Prepare and produce further document production to defts' counsel | 1.17<br>95.00/hr | 110.83 |

|  |  |  | Page 4 |
|---|---|---|---|
|  |  | Hrs/Rate | Amount |
| 8/25/2020 Karina Gulfo | Document Production<br>L320<br>Prepare and produce Plaintiff's further document production (P0075 - P0081) to defts' counsel | 0.30<br>95.00/hr | 28.50 |
| 8/27/2020 Karina Gulfo | Communicate (with client)<br>A106<br>Call with client and MR | 0.33<br>95.00/hr | 31.67 |
| 9/1/2020 Karina Gulfo | Activities<br>A100<br>Email to interpreter and texts with client | 0.25<br>95.00/hr | 23.75 |
| 9/3/2020 Karina Gulfo | Activities<br>A100<br>Send signed confid. agreement from interp. to mediator | 0.10<br>95.00/hr | 9.50 |
| 9/10/2020 Karina Gulfo | Activities<br>A100<br>Call with client; email re. same to MR; send message from Mr. Marcus to MR | 0.13<br>95.00/hr | 12.67 |
| 9/14/2020 Karina Gulfo | Draft/revise<br>A103<br>Proofread and edits to plaintiff's responses and objections to defendants demands to produce; e-mail re. same to MR | 3.00<br>95.00/hr | 285.00 |
| Karina Gulfo | Discovery<br>L300<br>Phone calls with MR re. revisions to plaintiff's answers to rogs and demands to produce; final proofread of same and e-mail to defts' counsel | 2.00<br>95.00/hr | 190.00 |
| 10/30/2020 Karina Gulfo | Communicate (with client)<br>A106<br>call with client; explained ▇▇▇▇▇ MR sent | 0.50<br>95.00/hr | 47.50 |

|  |  |  | Page 5 |
|---|---|---|---|
|  |  | Hrs/Rate | Amount |
|  | message to defts' counsel re. tools; mailed agreement and W9 to client; he ▇▇▇▇▇ ▇▇▇▇▇ |  |  |
| 10/30/2020 Karina Gulfo | Activities<br>A100<br>Telephone call with Mr. Artiles; email to Mr. Marcus; explain ▇▇▇▇ to Mr. Artiles with Ms. Gulfo as interpreter | 0.50<br>95.00/hr | 47.50 |
| 12/4/2020 Karina Gulfo | Activities<br>A100<br>Proofread and edits to Cheeks letter; settlement agreement and draft of notice of consent to proceed under Magistrate Judge | 2.00<br>95.00/hr | 190.00 |
| 12/7/2020 Karina Gulfo | Activities<br>A100<br>Further attention to Cheeks submission; review/organize exhibits to same; review lodestar/history bill; meeting with MR | 2.50<br>95.00/hr | 237.50 |
| 12/8/2020 Karina Gulfo | Communicate (other external<br>A108<br>Attention to Cheeks application | 0.40<br>400.00/hr | 160.00 |
| SUBTOTAL: |  | [   30.42 | 3,011.58] |

Marc Rapaport

| 1/25/2020 Marc Rapaport | Analysis/Strategy<br>L120<br>Meeting with Mr. Artiles; review background; prepare retainer agreement (M. Cabezas as interpreter) | 1.50<br>400.00/hr | 600.00 |
|---|---|---|---|
| 2/14/2020 Marc Rapaport | Pleadings<br>L210<br>Review background information and documents | 2.50<br>400.00/hr | 1,000.00 |

|  |  |  | Hrs/Rate | Page 6<br>Amount |
|---|---|---|---|---|
|  |  | provided by Mr. Artiles; begin drafting complaint |  |  |
| 3/30/2020 | Marc Rapaport | Activities<br>A100<br>Emails with defs' counsel re: waiver of service; extension of time | 0.20<br>400.00/hr | 80.00 |
| 5/20/2020 | Marc Rapaport | Activities<br>A100<br>Receive and review scheduling order | 0.10<br>400.00/hr | 40.00 |
| 7/6/2020 | Marc Rapaport | Draft/revise<br>A103<br>draft notice to admit; send same to K. Gulfo for proofreading and edits; review client's documents; attention to initial discovery requirements per court order | 2.00<br>400.00/hr | 800.00 |
| 7/8/2020 | Marc Rapaport | Activities<br>A100<br>Email to Mr. Marcus | 0.10<br>400.00/hr | 40.00 |
| 7/24/2020 | Marc Rapaport | Activities<br>A100<br>Review and edit damages chart | 1.20<br>400.00/hr | 480.00 |
| 8/17/2020 | Marc Rapaport | Communicate (with client)<br>A106<br>Multiple telephone calls with Mr. Artiles with KG as interpreter | 0.60<br>400.00/hr | 240.00 |
| 8/18/2020 | Marc Rapaport | Communicate (with client)<br>A106<br>Call with client and K. Gulfo | 0.60<br>400.00/hr | 240.00 |
| 8/20/2020 | Marc Rapaport | Activities<br>A100<br>Meeting with witness Ramirez (prior employee of defendants); draft affidavit and obtain witness' signature | 1.60<br>400.00/hr | 640.00 |

|            |               |                                                                                                                  | Hrs/Rate          | Page    7<br>Amount |
|------------|---------------|------------------------------------------------------------------------------------------------------------------|-------------------|---------------------|
| 8/26/2020  | Marc Rapaport | Discovery<br>L300<br>Attention to discovery responses; multiple meetings/comm's with KG re same                  | 2.00<br>400.00/hr | 800.00              |
| 8/27/2020  | Marc Rapaport | Communicate (with client)<br>A106<br>Call with client                                                            | 0.33<br>400.00/hr | 133.33              |
| 8/31/2020  | Marc Rapaport | Activities<br>A100<br>Pre-mediation telephone call with mediator; review background documents and pleadings in connection with same | 0.70<br>400.00/hr | 280.00              |
| 9/1/2020   | Marc Rapaport | Communicate (other external<br>A108<br>Email comm's with defendants' counsel, Marcus                             | 0.20<br>400.00/hr | 80.00               |
|            | Marc Rapaport | Activities<br>A100<br>Telephone calls with Mr. Artiles; discussions with Mr. Artiles re: ▇▇▇                     | 0.60<br>400.00/hr | 240.00              |
| 9/2/2020   | Marc Rapaport | Activities<br>A100<br>Emails with defendants counsel re: apartment credit/housing allowance issue; research NY Wage Order for Bldg Service Industry | 0.70<br>400.00/hr | 280.00              |
|            | Marc Rapaport | Activities<br>A100<br>Telephone calls with Mr. Artiles (KG as interpreter)                                       | 0.50<br>400.00/hr | 200.00              |
|            | Marc Rapaport | Activities<br>A100<br>Meeting in office with Mr. Artiles ▇▇▇                                                     | 1.00<br>400.00/hr | 400.00              |

|  |  |  | Hrs/Rate | Page 8<br>Amount |
|---|---|---|---|---|
| 9/2/2020 | Marc Rapaport | Communicate (other external<br>A108<br>Telephone call with witness<br>(JA as interpreter) | 0.13<br>400.00/hr | 53.33 |
| 9/3/2020 | Marc Rapaport | Plan and Prepare for<br>A101<br>Morning preparation for mediation; review our damages calculations/chart; mediation statement and disclosures from each side | 1.00<br>400.00/hr | 400.00 |
|  | Marc Rapaport | Appear for/attend<br>A109<br>Full-day Zoom mediation; discussions with client ▮▮▮▮▮ | 6.00<br>400.00/hr | 2,400.00 |
| 9/14/2020 | Marc Rapaport | Discovery<br>L300<br>Draft responses to Defendants' discovery demands | 2.50<br>400.00/hr | 1,000.00 |
|  | Marc Rapaport | Activities<br>A100<br>Telephone call with witness (prior superintendent of defendants) (with KG as interpreter) | 0.37<br>400.00/hr | 146.67 |
| 9/15/2020 | Marc Rapaport | Discovery<br>L300<br>Draft discovery demands to defendants, including Interrogatories and Document Demands | 2.00<br>400.00/hr | 800.00 |
| 9/29/2020 | Marc Rapaport | Activities<br>A100<br>Telephone call with Mr. Marcus regarding settlement-related issues | 0.20<br>400.00/hr | 80.00 |
| 10/8/2020 | Marc Rapaport | Communicate (with client)<br>A106<br>Telephone call with Mr. Artiles regarding: ▮▮▮▮▮ | 0.40<br>400.00/hr | 160.00 |

|  |  |  | Hrs/Rate | Page 9<br>Amount |
|---|---|---|---|---|
|  |  | ▓▓▓▓▓ |  |  |
| 10/20/2020 | Marc Rapaport | Settlement/Non-Binding ADR<br>L160<br>Receive proposed settlement agreement; initial review of same | 0.50<br>400.00/hr | 200.00 |
| 10/23/2020 | Marc Rapaport | Activities<br>A100<br>Email with Joshua Marcus, Esq. re settlement issues | 0.10<br>400.00/hr | 40.00 |
| 10/26/2020 | Marc Rapaport | Negotiation/Revision/Respon<br>P500<br>Multiple emails with Joshua Marcus, Esq. re: settlement | 0.40<br>400.00/hr | 160.00 |
| 10/27/2020 | Marc Rapaport | Activities<br>A100<br>Extensive revisions to settlement agreement; begin draft of Cheeks application for approval of settlement agreement | 2.50<br>400.00/hr | 1,000.00 |
| 10/30/2020 | Marc Rapaport | Activities<br>A100<br>Email to Joshua Marcus re settlement-related issues | 0.20<br>400.00/hr | 80.00 |
| 11/3/2020 | Marc Rapaport | Activities<br>A100<br>Meeting with client in office; explain ▓▓▓▓▓ | 1.00<br>400.00/hr | 400.00 |
| 11/16/2020 | Marc Rapaport | Communicate (with client)<br>A106<br>Telephone call with Mr. Artiles (KG as interpreter) | 0.30<br>400.00/hr | 120.00 |
| 11/30/2020 | Marc Rapaport | Activities<br>A100<br>Emails with Mr. Marcus regarding tools left behind by client; review photographs from Mr. Marcus | 0.13<br>400.00/hr | 53.33 |

|  |  |  | Hrs/Rate | Page 10<br>Amount |
|---|---|---|---|---|
| 12/1/2020 Marc Rapaport | A108 | Communicate (other external<br>Email comm's with defendants' counsel regarding issues pertaining to Plaintiffs' tools | 0.40<br>400.00/hr | 160.00 |
| 12/2/2020 Marc Rapaport | Activities<br>A100 | Attention to settlement and Cheeks related documents; revisions to apportionment of settlement per telephone call yesterday with client; review/revise Cheeks letter for approval of settlement agreement; attention to lodestar/history bill | 2.00<br>400.00/hr | 800.00 |
| 12/3/2020 Marc Rapaport | Draft/revise<br>A103 | Make substantial edits to Cheeks application letter; attention to lodestar/history bill | 2.10<br>400.00/hr | 840.00 |
| 12/4/2020 Marc Rapaport | Activities<br>A100 | Review KG's edits to Cheeks letter; review lodestar calculations in light of additional time | 0.50<br>400.00/hr | 200.00 |
| 12/8/2020 Marc Rapaport | Activities<br>A100 | Emails with Mr. Marcus re: Cheeks submission | 0.20<br>400.00/hr | 80.00 |
| SUBTOTAL: |  |  | [   39.36 | 15,746.66] |
| Marcela Cabezas |  |  |  |  |
| 1/25/2020 Marcela Cabezas | Activities<br>A100 | Assist/interpret at client meeting; explain retainer agreement to Mr. Artiles | 2.00<br>115.00/hr | 230.00 |

|            |                  |                                                                                                                       | Hrs/Rate          | Page   11<br>Amount |
|------------|------------------|-----------------------------------------------------------------------------------------------------------------------|-------------------|---------------------|
| 2/5/2020   | Marcela Cabezas  | Communicate (with client)<br>A106<br>Text communications and telephone calls with client; discussions with MR re. same | 0.30<br>115.00/hr | 34.50               |
| 2/8/2020   | Marcela Cabezas  | Activities<br>A100<br>Extensive meeting with client; review and organize documents brought by client relating to his claims | 2.00<br>115.00/hr | 230.00              |
| 2/13/2020  | Marcela Cabezas  | Communicate (with client)<br>A106<br>Further meeting with client; collect documents; email to MR and Karina re. same  | 1.58<br>115.00/hr | 182.08              |

SUBTOTAL: [ 5.88   676.58]

Total Amount Due for this Period     75.66   $19,434.82

Additional Charges :

<u>Karina Gulfo</u>

| 2/29/2020 | Filing Fee SDNY<br>Court Fees<br>E112 | 400.00 |
|---|---|---|
| 3/3/2020 | NY Sec of State fee for service on corporate defts<br>Delivery services/messengers<br>E107 | 560.00 |
|  | Pacer Fees<br>Court Fees<br>E112 | 1.50 |
|  | in-house copies at .10 per page<br>Copying<br>E101 | 45.00 |

|  |  |  | Page 12 |
|---|---|---|---|
|  |  |  | Amount |
| 3/10/2020 |  | Gotham Process Service Fee - Nassau County Service<br>Private investigators<br>E120 | 75.00 |
| 3/11/2020 |  | Gotham Process Service Fee<br>Private investigators<br>E120 | 585.00 |
| 3/13/2020 |  | Gotham Process Service Fee<br>Delivery services/messengers<br>E107 | 50.00 |
| 3/14/2020 |  | Gotham Process Service Fee - Nassau County Service<br>Delivery services/messengers<br>E107 | 75.00 |
| 6/1/2020 |  | Pacer court document access fee.<br>Court Fees<br>E112 | 2.00 |
| 6/3/2020 |  | Pacer court document access fee.<br>Court Fees<br>E112 | 1.50 |
| 7/22/2020 |  | Pacer fees<br>Court Fees<br>E112 | 0.80 |
| 7/23/2020 |  | in-house copies at .25 per pages<br>Copying<br>E101 | 11.50 |
| 7/24/2020 |  | USPS Mailing of documents to defts' counsel<br>Delivery services/messengers<br>E107 | 7.50 |
| 8/18/2020 |  | Pacer fees<br>Court Fees<br>E112 | 2.20 |
| 8/27/2020 |  | Pacer fees<br>Copying<br>E101 | 1.50 |

|  |  |  | Page 13 Amount |
|---|---|---|---|
|  | 8/27/2020 | Pacer fees<br>Copying<br>E101 | 2.70 |
|  | 9/11/2020 | Court Fees<br>E112 | 1.00 |
|  | 9/23/2020 | Payment for Interpreter services from Magna Legal at Zoom mediation submitted<br>Other professionals<br>E123 | 1,280.00 |
| SUBTOTAL: |  |  | [   3,102.20] |

Marc Rapaport

|  |  |  |  |
|---|---|---|---|
|  | 2/14/2020 | in-house copies at 0.25 per page<br>Copying<br>E101 | 5.25 |
|  | 7/6/2020 | Pacer fees<br>Court Fees<br>E112 | 0.80 |
|  | 10/27/2020 | In-house copies at 0.25 per page<br>Copying<br>E101 | 3.00 |
| SUBTOTAL: |  |  | [       9.05] |

Marcela Cabezas

|  |  |  |  |
|---|---|---|---|
|  | 2/8/2020 | In-house copies at 0.25 per page<br>Copying<br>E101 | 11.10 |
| SUBTOTAL: |  |  | [      11.10] |
| Total additional charges |  |  | $3,122.35 |
| Total amount of this bill |  |  | $22,557.17 |

Case 1:20-cv-01809-JPC-JLC   Document 45-3   Filed 12/08/20   Page 13 of 13